Commonwealth *v.* Gray, Appellant.

Argued March 27, 1974. *Donald C. Marino,* with him *Marino & Mozenter,* for appellant; *Albert L. Becker,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.